IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ROBERTO MORALES RUIZ
XXX-XX-4649

DEBTOR

CASE NO. 15-00164/BKT

CHAPTER 7

DEBTOR'S MOTION AND NOTICE OF FILING OF
AMENDED SCHEDULE "F" AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

NOW COMES, ROBERTO MORALES RUIZ, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting **Amended Schedule "F"**, dated February 6, 2015, herewith and attached to this motion.

2. This amendment to Schedule "F" is filed to <u>include the unsecured creditor AEE, account No. 7730228882 balance owed $2,302.79, postal address PO Box 363508 San Juan, PR 00936-3508.</u>

3. Attached to this motion debtor respectfully submits, Amended Schedule "F" and an Amended Master Address List.

NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is
filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedule "F"
Case no. 15-00164/BKT-7

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 6th day of February, 2015.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE MORALES RUIZ, ROBERTO
_____
Debtor(s)

Case No. 3:15-bk-164
_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4649 <br> AEELA <br> PO Box 364508 <br> San Juan, PR 00936-4508 | | | Personal Loan | | | | 5,017.97 |
| ACCOUNT NO. 8882 <br> Autoridad De Energia Electrica <br> PO Box 363508 <br> San Juan, PR 00936-3508 | | | Utility Bill 16 Saturnino Rodriguez in Yabucoa, PR | | | | 2,302.79 |
| ACCOUNT NO. 8263 <br> Banco Popular De Puerto Rico <br> 209 Munoz Rivera Ave <br> San Juan, PR 00918 | | | REVOLVING ACCOUNT OPENED 9/2010 <br> Credit Card | | | | 5,654.00 |
| ACCOUNT NO. <br> ADVANCED COLLECTION SERVICES <br> PO BOX 364607 <br> SAN JUAN, PR 00936-4607 | | | Assignee or other notification for: <br> Banco Popular De Puerto Rico | | | | |

___2___ continuation sheets attached

Subtotal (Total of this page) $ 12,974.76

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE MORALES RUIZ, ROBERTO                                    Case No. 3:15-bk-164
                        Debtor(s)                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2016<br>Banco Santander Puerto Rico<br>268 Ponce De Leon<br>Hato Rey, PR 00918 | | | INSTALLMENT ACCOUNT OPENED 2/2012 | | | | 19,589.00 |
| ACCOUNT NO. 1264<br>Bank Of America<br>4060 Ogletown/stanton Rd<br>Newark, DE 19713 | | | REVOLVING ACCOUNT OPENED 12/2011<br>Credit Card | | | | 3,635.00 |
| ACCOUNT NO.<br>FIRSTSOURCE ADVANTAGE LLC<br>PO BOX 628<br>BUFFALO, NY 14240-0628 | | | Assignee or other notification for:<br>Bank Of America | | | | |
| ACCOUNT NO. 4649<br>Dept Of Treasury<br>235 Ave Arterial Hostos Ste 1504<br>San Juan, PR 00918-1451 | | | 2011 TAXES | | | | 7,480.22 |
| ACCOUNT NO. 4649<br>Dish Network<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | | OPEN ACCOUNT OPENED 5/2013 | | | | 387.00 |
| ACCOUNT NO.<br>Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | | | Assignee or other notification for:<br>Dish Network | | | | |
| ACCOUNT NO. 5740<br>Extra Space Storage<br>Urb Valencia 2 #102 Carr 198<br>Juncos, PR 00777 | | | Storage | | | | 754.14 |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 31,845.36

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE MORALES RUIZ, ROBERTO  
Debtor(s)

Case No. 3:15-bk-164  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7380<br>First Bank<br>PO Box 19327<br>San Juan, PR 00910-1427 | | | INSTALLMENT ACCOUNT OPENED 10/2011<br>Personal Loan | | | | 18,747.00 |
| ACCOUNT NO.<br>CICA COLLECTION AGENCY, INC.<br>CALL BOX 1239<br>LOIZA STATION<br>SAN JUAN, PR 00914 | | | Assignee or other notification for:<br>First Bank | | | | |
| ACCOUNT NO. 5197<br>Gecrb/Walmart<br>PO Box 965024<br>El Paso, TX 79998 | | | REVOLVING ACCOUNT OPENED 12/2010<br>Credit Card | | | | 1,587.00 |
| ACCOUNT NO. 0826<br>Gura Coop<br>PO Box 678<br>Gurabo, PR 00778 | | | INSTALLMENT ACCOUNT OPENED 8/2011<br>Personal Loan | | | | 16,294.00 |
| ACCOUNT NO.<br>Raul N Carrero Crespo<br>107 Isabel Andreu De Aguilar Local 1<br>San Juan, PR 00918-3448 | | | Assignee or other notification for:<br>Gura Coop | | | | |
| ACCOUNT NO. 1507<br>Island Finance<br>PO Box 71504<br>San Juan, PR 00936 | | | INSTALLMENT ACCOUNT OPENED 8/2012<br>Personal Loan | | | | 2,429.76 |
| ACCOUNT NO. J173<br>PHS Preferred Home Services<br>PO Box 4069<br>Bayamon, PR 00958 | | | Maintenance Fee | | | | 805.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 39,862.76

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 84,682.88

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE MORALES RUIZ, ROBERTO                                               Case No. 3:15-bk-164
          Debtor(s)                                                                    (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __5__ *sch J* sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 6, 2015**       Signature: /s/ Roberto Morales Ruiz
                                             ROBERTO MORALES RUIZ
                                                                                            Debtor

Date: _____      Signature: _____
                                                                                (Joint Debtor, if any)
                                             [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                                             (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

MORALES RUIZ, ROBERTO
CONDOMINIO VIZCAYA
200 CALLE 535 APT 523
CAROLINA, PR 00985

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

Island Finance
PO Box 71504
San Juan, PR 00936

R. Figueroa Carrasquillo Law Office
PO Box 186
Caguas, PR 00726-0186

Dept Of Treasury
235 Ave Arterial Hostos Ste 1504
San Juan, PR 00918-1451

PHS Preferred Home Services
PO Box 4069
Bayamon, PR 00958

ADVANCED COLLECTION SERVICES
PO BOX 364607
SAN JUAN, PR 00936-4607

Dish Network
8014 Bayberry Rd
Jacksonville, FL 32256

Raul N Carrero Crespo
107 Isabel Andreu De Aguilar Local 1
San Juan, PR 00918-3448

AEELA
PO Box 364508
San Juan, PR 00936-4508

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Scotiabank De Puerto Rico
PO Box 2394
San Juan, PR 00936

Autoridad De Energia Electrica
PO Box 363508
San Juan, PR 00936-3508

Extra Space Storage
Urb Valencia 2 #102 Carr 198
Juncos, PR 00777

Scotiabank De Puerto Rico
Cardona -Jimenez Law Office, PSC
PO Box 9023593
San Juan, PR 00902-3593

Banco Popular De Puerto Rico
209 Munoz Rivera Ave
San Juan, PR 00918

First Bank
PO Box 19327
San Juan, PR 00910-1427

Sistema De Retiro
PO Box 42003
San Juan, PR 00940-2203

Banco Santander Puerto Rico
268 Ponce De Leon
Hato Rey, PR 00918

FIRSTSOURCE ADVANTAGE LLC
PO BOX 628
BUFFALO, NY 14240-0628

Bank Of America
4060 Ogletown/stanton Rd
Newark, DE 19713

Gecrb/Walmart
PO Box 965024
El Paso, TX 79998

Cardona Jimenez Law Office PSC
PO Box 9023593
San Juan, PR 00902-3593

Gura Coop
PO Box 678
Gurabo, PR 00778

CICA COLLECTION AGENCY, INC.
CALL BOX 1239
LOIZA STATION
SAN JUAN, PR 00914

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346