# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

ALEXIS MONTANEZ OSORIO

DEBTOR

CASE NO. 20-01510/EAG

CHAPTER 13

## DEBTOR'S MOTION REQUESTING ORDER
## RE: AUTHORIZATION TO USE FUNDS FROM GOVERNMENT
## SPECIAL BONUS

TO THE HONORABLE COURT:

**NOW COMES, ALEXIS MONTANEZ OSORIO,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On December March 28, 2020, the Debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 U.S.C. §§1301 et seq.

2. The Debtor has been employed for the last 18 years as an fireman with the Puerto Rico Fire Department.

3. On December 1, 2022 the Debtor received the proceeds from a Puerto Rico Government "special bonus" in the total amount of $2,521.24. Attached is copy of pay-stub received by Debtor as evidence of having received said bonus.

4. The Debtor respectfully submits to the Court that he used these funds from the "special bonus" to pay for the following "reasonable and necessary" expense: new car tires and house repairs expenses. Attached is copy of estimates/invoices for these expenses.

5. The Debtor will pay to the Trustee the unused portion or balance from said bonus in the sum of $145.24, to fund the confirmed Plan.

6. It is to be noted that the above stated extraordinary expenses are not considered in Debtor's scheduled budget. See: *Schedules I & J*, Docket No. 37.

7. The Debtor used the funds from the Puerto Rico Government "special bonus" proceeds to pay for these "reasonable and necessary" expenses. Furthermore, the Debtor is living within a very "tight" budget which barely covers his living expenses and a Plan payment of $375.00.

8. Based on the above stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the Debtor to pay for the above mentioned "necessary and reasonable" expenses.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the Puerto Rico Government "special bonus" proceeds to pay for the above stated expenses, in the above captioned case.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor to his address of record.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 21st day of December 2022.

*/s/ Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

**No. 178260**

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE |
|---|---|---|
| Mick Puertas x ventanas | | 5/Dic/2022 |

**NAME:** Alexis Montañez Osorio
**ADDRESS:** Torres de Castro
**CITY, STATE, ZIP:** Caguas PR / Registro Comerciante 1264927-0012

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Puertas Full Glass 36 x 80 | | |
| | Instalado | | |
| | Dep. $2000 | | |
| | Al finalizar Bal. $100 | | |
| | Tot. $2,100 | | |
| | Cliente $2,100 | | |

Miguel A Ortiz

KEEP THIS SLIP FOR REFERENCE

# Purchase Order   182962

**TO:** Wrote Tire
**757-420-4777**
**DATE:** 4/18/2022

| QUANTITY ORDERED | QUANTITY RECEIVED | PLEASE SUPPLY LISTED ITEMS BELOW | PRICE | UNIT |
|---|---|---|---|---|
| | | Toyota Corolla Tipo S 2005 | $376.00 | |
| | | 4 Gomas 195-65-15 Irás | | |
| | | Montura y Balanceo | | |
| | | Garantía 90 Días | | |
| | | | 376.00 | |

ORIGINAL

| 045 Dept. de Seguridad Publica | | | | | Grupo de Pago: | SM -Quincenal | | Aviso #: | 4805912 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 235 AVE ARTERIAL HOSTOS | | | | | Desde: | 12/02/2022 | | Fecha Aviso: | 12/01/2022 |
| CAPITAL CENTER TORRE NORTE SUITE103 | | | | | Hasta: | 12/02/2022 | | | |
| HATO REY, PR 00918 | | | | | | | | | |

| ALEXIS MONTANEZ OSORIO | # Empleado | 2499 | DATA IMP: | Federal | PR |
| --- | --- | --- | --- | --- | --- |
| BO.TOMAS DE CASTRO | Dept: | 0450424140-Neg Ext Distrito Caguas | Estado Civil: | Single | Head of Household |
| SECTOR MONTANAS #1 | Lugar: | Parque Distrito De Caguas | Concesiones: | 0 | 0 |
| CAGUAS, PR 00725 | Titulo: | Bombero | Pct. Adcl.: | | |
| SS: ___-__-!99 | Sueldo: | $2,850.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
| --- | --- | --- | --- | --- | --- |
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Bonificaciones | | | 2,954.00 | | 2,954.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,904.00 | 27,287.50 |
| Pago Retroactivo Regular | | | 0.00 | | 312.50 |
| Total: | | | 2,954.00 | 1,904.00 | 31,154.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| Fed FICA Med Hospital Ins / EE | 42.83 | 451.73 |
| Fed OASDI/Disability - EE | 183.15 | 1,931.55 |
| PR Withholding | 206.78 | 1,048.78 |
| Total: | 432.76 | 3,432.06 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| GPR Plan Aport. Definidas | 0.00 | 2,346.01 |
| Total: | 0.00 | 2,346.01 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| SI-Seg Incap. Obligatorio | 0.00 | 64.93 |
| SM-First Medical Health Plan | 0.00 | 539.00 |
| SC-TRANS OCEANIC LIFE | 0.00 | 154.66 |
| DM-GOB SEG SOC CHOFERES | 0.00 | 23.98 |
| OS-SINDICATO BOMBEROS UNIDOS | 0.00 | 220.00 |
| Ahorros-AEELA | 0.00 | 828.07 |
| Total: | 0.00 | 1,830.64 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
| --- | --- | --- |
| FSED Disability Plan | 115.21 | 1,215.09 |
| SM-First Medical Health Plan | 0.00 | 2,200.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
| --- | --- | --- | --- | --- | --- |
| Corriente: | 2,954.00 | 0.00 | 432.76 | 0.00 | 2,521.24 |
| Acumulado: | 31,154.00 | 0.00 | 3,432.06 | 4,176.65 | 23,545.29 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
| --- | --- | --- | --- | --- | --- |
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
| --- | --- |
| Aviso #4805912 | 2,521.24 |
| Total: | 2,521.24 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

**Dept. de Seguridad Publica**
235 AVE ARTERIAL HOSTOS
CAPITAL CENTER TORRE NORTE SUITE103
HATO REY, PR 00918

Fecha
12/01/2022

Aviso No.
4805912

**Cant. Deposito:** $2,521.24

**A la Cuenta(s) De**

ALEXIS MONTANEZ OSORIO
BO.TOMAS DE CASTRO
SECTOR MONTANAS #1
CAGUAS, PR 00725
Localizacion: Parque Distrito De Caguas

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
| --- | --- | --- |
| Checking | XXXXXXXXXXXXXX | 2,521.24 |
| Total: | | 2,521.24 |

## NO-NEGOCIABLE